# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Douglas Thomas Roberts II**　　　　　　　　　　　　　　　　　　**Docket No. 5:09-CR-324-1FL**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Douglas Thomas Roberts II, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 16th day of November, 2022.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**: The defendant was released on conditions after his detention hearing in Greenville, North Carolina, on November 16, 2022. A bond status hearing was scheduled for December 13, 2022, to ensure the defendant complied with his release conditions. The defendant has not had any violation conduct since his release. He has complied with home incarceration, has attended all treatment sessions, and is compliant with drug testing. It is recommended that the bond status hearing be continued so that the probation office can continue to monitor his compliance.

**PRAYING THAT THE COURT WILL ORDER** that the bond status hearing scheduled for December 13, 2022, in Greenville, North Carolina, be continued to January 11, 2023.

　　　　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mindy L. Threlkeld
　　　　　　　　　　　　　　　　　　　　　　　Mindy L. Threlkeld
　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2539
　　　　　　　　　　　　　　　　　　　　　　　Executed On: December 8, 2022

### ORDER OF THE COURT

Considered and ordered the __12th__ day of __December__, 2022, and ordered filed and made part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge